THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CHERIE BURKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK SERVICES, INC., a Foreign Profit Corporation, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 3:24-cv-05488-BHS<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Cherie Burke and Defendant Aramark Services, Inc., STIPULATE AND AGREE to extend the currently pending deadline to answer or otherwise respond to the Complaint from June 27, 2024 to July 11, 2024. This extension will not affect any other deadlines in the case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

*IT IS SO STIPULATED*.

Dated this 26th day of June, 2024.

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 3:24-cv-05488-BHS) – PAGE 1

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

| | | |
|---|---|---|
| 1 | **ACKERMANN & TILAJEF, P.C.** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | By: *s/ Brian Denlinger* | By: *s/ Damon C. Elder* |
| 3 | Craig J. Ackermann, WSBA #53330 | Damon C. Elder, WSBA No. 29413 |
|   | Brian Denlinger, WSBA #53177 | Claire M. Lesikar, WSBA No. 60406 |
| 4 | Avi Kreitenberg, WSBA #53294 | 1301 Second Avenue, Suite 3000 |
|   | Ackermann & Tilajef, P.C. | Seattle, WA 98101 |
| 5 | 2602 North Proctor St., Suite 205 | Phone: (206) 274-6400 |
|   | Tacoma, WA 98406 | Email: damon.elder@morganlewis.com |
| 6 | Tel: (253) 625-7720 | claire.lesikar@morganlewis.com |
| 7 | Fax: (253) 277-0635 | |
|   | cja@ackermanntilajef.com | *Attorneys for Defendant Aramark Services, Inc.* |
| 8 | bd@ackermanntilajef.com | |
|   | ak@ackermantilajef.com | |
| 9 | | |
| 10 | *Attorneys for Plaintiff* | |

JOINT STIPULATION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT
(Case No. 3:24-cv-05488-BHS) – PAGE 2

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of June, 2024.

BENJAMIN H. SETTLE
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
         claire.lesikar@morganlewis.com

*Attorneys for Defendant Aramark Services, Inc.*

JOINT STIPULATION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT
(Case No. 3:24-cv-05488-BHS) – PAGE 3

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

1 | **ACKERMANN & TILAJEF, P.C.**

2 | By: *s/ Brian Denlinger*
Craig J. Ackermann, WSBA #53330
3 | Brian Denlinger, WSBA #53177
4 | Avi Kreitenberg, WSBA #53294
Ackermann & Tilajef, P.C.
5 | 2602 North Proctor St., Suite 205
Tacoma, WA 98406
6 | Tel: (253) 625-7720
Fax: (253) 277-0635
7 | cja@ackermanntilajef.com
bd@ackermanntilajef.com
8 | ak@ackermantilajef.com

9

10 | *Attorneys for Plaintiff*

JOINT STIPULATION TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT
(Case No. 3:24-cv-05488-BHS) – PAGE 4

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401