THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **CHERIE BURKE**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**ARAMARK SERVICES, INC.**, a Foreign Profit Corporation, and **DOES 1-10**, inclusive,<br><br>    Defendant. | Case No. 3:24-cv-05488-BHS<br><br>**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE AND WITHOUT AN AWARD OF COSTS OR ATTORNEYS' FEES** |

ORDER GRANTING STIPULATED MOTION TO DISMISS CASE
(NO. 3:24-cv-05488-BHS) – 1

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205
TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

**ORDER**

Pursuant to the Stipulation of the Parties, it is hereby ORDERED:

1. that the claims asserted by Plaintiff CHERIE BURKE on her own behalf in the above-captioned action are hereby dismissed with prejudice and without an award of costs and attorneys' fees;

2. that the claims asserted by Plaintiff CHERIE BURKE on behalf of the putative class alleged in the above-captioned action are hereby dismissed without prejudice and without an award of costs and attorneys' fees; and

3. that the Complaint in its entirety be dismissed pursuant to the above directives and the Clerk of the Court close this matter.

Dated this 12th day of August, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS CASE
(NO. 3:24-cv-05488-BHS) – 2

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205
TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM